IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

MICHELLE RASBERRY, individually
and on Behalf of Others Similarly Situated;
JACOB CAIN; and JOHNNY HAYNES                                PLAINTIFFS

v.                              Case No. 1:16-CV-1074

COLUMBIA COUNTY, ARKANSAS                                    DEFENDANT

## ORDER

Before the Court is the parties' Joint Stipulation of Dismissal of Plaintiff Jacob Cain Without Prejudice. ECF No. 61. In the instant stipulation, the parties stipulate to the dismissal without prejudice of all claims brought by Plaintiff Jacob Cain. The parties state that the dismissal is not the product of any settlement and does not constitute a waiver of claims. Accordingly, upon consideration of the present stipulation, the Court finds that Plaintiff Jacob Cain's claims should be and hereby are **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 13th day of March, 2019.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge